Arick Fudali, Esq. (296364)
Alan Goldstein, Esq. (296430)
Mary Fitilchyan, Esq. (342292)
**THE BLOOM FIRM**
26565 Agoura Road, Suite 200
Calabasas, California 91302
Telephone: (818) 914-7320
Facsimile:  (818) 884-8079
Email:  arick@thebloomfirm.com
          avi@thebloomfirm.com
          mary@thebloomfirm.com
Attorneys for Plaintiff Quinn Thyssen

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Quinn Thyssen, an individual, | ) Case No. 2:25-cv-09075 PA-MAR |
| | ) |
| Plaintiffs, | ) **PLAINTIFF'S REQUEST FOR** |
| | ) **STATUS UPDATE ON PENDING** |
| vs. | ) **MOTION TO COMPEL** |
| | ) **DEPOSITIONS OF KEITH EVANS** |
| | ) **AND BOBBY ENQUIST** |
| Stryker Corporation, a Michigan | ) |
| company; Stryker Employment | ) |
| Company, LLC, a Michigan company; | ) |
| and Does 1-10, inclusive, | ) |
| | ) |
| Defendants. | ) |
| | ) |

Plaintiff's Request for Status Update on Motion      *Quinn Thyssen  v. Stryker Corporation, et al.*
to Compel Depositions                                Case No. 2:25-cv-09075 PA- MAR

-1-

Plaintiff Quinn Thyssen, by and his attorneys of record, the Bloom Firm, respectfully request the status of Plaintiff's Motion to Compel the Depositions of Keith Evans and Bobby Enquist. (ECF No. 36.)

The motion was fully briefed on April 29, 2026. On May 8, 2026, the Court took the matter off calendar and under submission. (ECF No. 39.)

The current discovery cutoff is July 13, 2026, which is fewer than three weeks away. If the Court is inclined to grant the motion, even in part, Plaintiff would like to ensure that there is sufficient time to provide notice and schedule the depositions before the discovery deadline.

Plaintiff respectfully requests any guidance the Court may be willing to provide regarding the anticipated timing of a ruling so that the parties may appropriately manage the remaining discovery schedule.

Respectfully submitted,

*/s/ Alan Goldstein*

Arick Fudali, Esq.
Alan Goldstein, Esq.
Mary Fitilchyan, Esq.
The Bloom Firm
Counsel for Plaintiff

Plaintiff's Request for Status Update on Motion    *Quinn Thyssen  v. Stryker Corporation, et al.*
to Compel Depositions    Case No. 2:25-cv-09075 PA- MAR