SEYFARTH SHAW LLP
Michele J. Beilke (SBN 194098)
mbeilke@seyfarth.com
Julia Y. Trankiem (SBN 228666)
jtrankiem@seyfarth.com
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017-5793
Telephone:   (213) 270-9600
Facsimile:   (213) 270-9601

SEYFARTH SHAW LLP
Jeffrey A. Nordlander (SBN 308929)
jnordlander@seyfarth.com
400 Capitol Mall, Suite 2300
Sacramento, California 95814
Telephone:   (916) 448-0159
Facsimile:   (916) 558-4839

Attorneys for Defendants
Stryker Corporation and Stryker Employment
Company, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Quinn Thyssen, an individual,<br><br>                    Plaintiff,<br><br>          v.<br><br>Stryker Corporation, a Michigan company; Stryker Employment Company, LLC, a Michigan company, Ryan Norman, an individual; and Does 1-10, inclusive,<br><br><br>                    Defendants. | Case No. 2:25-cv-09075-PA-MAR<br><br>**NOTICE OF NON-OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION**<br><br>Date:    July 20, 2026<br>Time:    1:30 p.m.<br>Judge:  Percy Anderson<br>Ctrm.:  9A<br><br>[Removed from Los Angeles County Superior Court, Case No. 25STCV26404]<br><br>Complaint Filed: September 9, 2025 |

NOTICE OF NON-OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR, IN THE
ALTERNATIVE, SUMMARY ADJUDICATION

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Defendants Stryker Corporation and Stryker Employment Company, LLC (collectively, "Stryker") hereby submit this Notice of Non-Opposition to Stryker's Motion for Summary Judgment, Or In The Alternative, Summary Adjudication ("Motion").

Pursuant to Local Rule 7-9, Plaintiff's opposition to Stryker's Motion (filed June 19, 2026) was due on Monday, June 29, 2026. *See* C.D. Cal. Civ. L.R. 7-9 (opposition to a motion must be filed "not later than twenty-one (21) days before the date designated for the hearing of the motion"); *see also* Dkt. 7 at 4:5-6 ("Motions shall be filed in accordance with Local Rule 7"). The hearing on the Motion is set for July 20, 2026, at 1:30 p.m. (Dkt. 40.) As of this filing, Plaintiff Quinn Thyssen ("Plaintiff") has **neither** served opposing papers on Stryker **nor** filed any opposition with the Court.

Where, as here, the nonmoving party fails to file an opposition, Rule 56(e) provides that a court may "grant summary judgment if the motion and supporting materials— including the facts considered undisputed—show that the movant is entitled to it." Fed. R. Civ. P. 56(e)(3); C.D. Cal. L.R. 7-12 ("The Court may decline to consider any memorandum or other document not filed within the deadline set by order or local rule"). Although an unopposed motion for summary judgment may not be granted by default, *Heinemann v. Satterberg*, 731 F.3d 914, 916-17 (9th Cir. 2013), "the opposing party's failure to respond to a fact asserted in the motion permits a court to 'consider the fact undisputed for purposes of the motion.'" *Id.* at 917 (citing Fed. R. Civ. P 56(e)(2)).

As demonstrated in Stryker's Motion and supporting materials, Stryker is entitled to judgment as a matter of law on each of Plaintiff's claims, and Plaintiff cannot raise a genuine issue of material fact as to any claim. In light of the undisputed facts set forth in the Motion and Plaintiff's failure to file any opposition, Stryker respectfully requests that the Court grant the Motion in its entirety and dismiss this action with prejudice.

DATED: July 6, 2026                              SEYFARTH SHAW LLP

                                                 By: */s/ Jeffrey A. Nordlander*
                                                     Michele J. Beilke
                                                     Julia Y. Trankiem
                                                     Jeffrey A. Nordlander

                                                     Attorneys for Defendants
                                                     Stryker Corporation and Stryker Employment
                                                     Company, LLC

2

326963137v.1