UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 25-9075 PA (MARx) | Date | July 7, 2026 |
|---|---|---|---|
| Title | Quinn Thyssen v. Stryker Corporation, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Kamilla Sali-Suleyman | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**          IN CHAMBERS

Before the Court is Plaintiff's Response to Defendants' Notice of Non-Opposition ("Response") filed by plaintiff Quinn Thyssen ("Plaintiff"). (Docket No. 44.) In this Response, Plaintiff explains why his Opposition to the Motion for Summary Judgment ("Motion") filed by defendants Stryker Corporation and Stryker Employment Company, LLC ("Defendants") was filed after the expiration of the applicable deadline. The Court has reviewed Plaintiff's Response, and finds that Plaintiff has met the standard set forth under Federal Rule Civil Procedure 6(b)(1)(B), which authorizes the Court, upon a showing excusable neglect, to extend a filing deadline.

Accordingly, the Court vacates the hearing date on Defendant's Motion for Summary Judgment and takes the Motion under submission. Defendants shall file their reply brief by no later than July 15, 2026. After that date, the Motion shall remain under submission. The Court will notify the parties once the Court has resolved the Motion or the date and time of a hearing should the Court conclude that oral argument will assist the Court's resolution of the Motion.

IT IS SO ORDERED.