JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUINN THYSSEN,<br>Plaintiff,<br>v.<br>STRYKER CORPORATION, et al.,<br>Defendants. | CV 25-9075 PA (MARx)<br>JUDGMENT |

Pursuant to the Court's August 28, 2026 Minute Order granting the Motion for Summary Judgment filed by defendants Stryker Corporation and Stryker Employment Company, LLC ("Defendants"), which granted summary judgment to Defendants on the claims asserted by plaintiff Quinn Thyssen ("Plaintiff"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED Defendants shall have judgment in their favor against Plaintiff.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take nothing and Defendants shall have their costs of suit.

IT IS SO ORDERED.

DATED: August 28, 2026

Percy Anderson
UNITED STATES DISTRICT JUDGE